```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :   19cv9890 (DLC)
THADDEUS GABARA,                      :
                          Plaintiff,  :   ORDER
                                      :
            -v-                       :
                                      :
FACEBOOK, INC.,                       :
                          Defendant.  :
                                      :
------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/2019

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the above-captioned matter is referred to Magistrate Judge Cott for general pretrial purposes.

Dated:  New York, New York
        November 15, 2019

                                    _____
                                          DENISE COTE
                                    United States District Judge