```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
THADDEUS GABARA,                         :    19cv9890 (DLC)
                                         :          (JLC)
                Plaintiff,               :
                                         :         ORDER
        -v-                              :
                                         :
FACEBOOK, INC.,                          :
                                         :
                Defendant.               :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The November 15, 2019 Referral to the Magistrate Judge for General Pretrial purposes is hereby

VACATED.

Dated:   New York, New York
         June 1, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　         DENISE COTE
　　　　　　　　　　　　　　　　　 United States District Judge