**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
THADDEUS GABARA,

                         Plaintiff,

       -against-                                  19 **CIVIL** 9890 (DLC)

                                                                 **JUDGMENT**

FACEBOOK, INC.,

                        Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated September 4, 2020, Facebook's March 6 motion to dismiss the SAC is granted and the case is closed.

**Dated:**  New York, New York
            September 4, 2020

                                                            **RUBY J. KRAJICK**
                                                            _____
                                                              Clerk of Court
                                      BY:
                                                              Deputy Clerk